Attorneys for Plaintiffs,
E. John Litchfield (La. Bar No. 8622)
Carey Buckland Daste (La. Bar No. 28330)
Berrigan Litchfield Schonekas Mann & Traina LLC
201 St. Charles Avenue, Suite 4204
New Orleans, Louisiana   70170
(504) 568-0541 phone
(504) 561-8655 fax
jlitchfield@berriganlaw.net
cdaste@berriganlaw.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number **C 06 3124 CRB**<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Albertha Lampe, et al.<br><br>                    Plaintiffs,<br><br>          vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs, JUAN LAMPE, JR., FERNANDO LAMPE and LOUISA LAMPE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice as to JUAN LAMPE, JR., FERNANDO LAMPE and LOUISA LAMPE with each side bearing its own attorneys' fees and costs.

DATED: __May 18__, 2009  By: _s/Carey Buckland Daste_
E. John Litchfield (La . Bar No. 8622)
Carey Buckland Daste (La. Bar No. 28330)
Berrigan Litchfield Schonekas Mann & Traina LLC
201 St. Charles Avenue, Suite 4204
New Orleans, Louisiana   70170
(504) 568-0541 phone
(504) 561-8655 fax
jlitchfield@berriganlaw.net
cdaste@berriganlaw.net

Attorneys for Plaintiffs, Juan Lampe, Jr.,
Louisa Lampe and Fernando Lampe

DATED: May 18, 2009     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 29, 2009    _____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*