Attorneys for Plaintiffs,
E. John Litchfield (La. Bar No. 8622)
Carey Buckland Daste (La. Bar No. 28330)
Berrigan Litchfield Schonekas Mann & Traina LLC
201 St. Charles Avenue, Suite 4204
New Orleans, Louisiana   70170
(504) 568-0541 phone
(504) 561-8655 fax
jlitchfield@berriganlaw.net
cdaste@berriganlaw.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number **C 06 3124 CRB**<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Albertha Lampe, et al.<br><br>                              Plaintiffs,<br><br>                vs.<br><br>Pfizer, Inc., et al.<br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all remaining Plaintiffs in this action, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED:      May 18  , 2009   By:  *s/Carey Buckland Daste*
                                    E. John Litchfield (La . Bar No. 8622)
                                    Carey Buckland Daste (La. Bar No. 28330)
                                    Berrigan Litchfield Schonekas Mann & Traina LLC
                                    201 St. Charles Avenue, Suite 4204
                                    New Orleans, Louisiana   70170
                                    (504) 568-0541 phone
                                    (504) 561-8655 fax
                                    jlitchfield@berriganlaw.net
                                    cdaste@berriganlaw.net
                                    Attorneys for Plaintiffs, Juan Lampe, Jr.,
                                    Louisa Lampe and Fernando Lampe

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: March 11, 2010    By: /s/ [signature]

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 15, 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**